AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

WYATT TONE AND JILL TONE,
husband and wife, and the marital
community comprised thereof,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-5034-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is rendered in favor of Plaintiff and against Defendants. Defendants shall remove the fence located on Plaintiff's easement by no later than October 1, 2008. If they fail to do so, Plaintiff may remove the fence at Defendants' expense.

| | |
|---|---|
| September 16, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |